Reade, J.
 

 The statute, Rev, Code, ch. 31, sec. 38, provides that no action shall be originally commenced in the County or Superior Court for any balance of less value than one hundred dollars due on any bond, promissory note, or liquidated account signed as aforesaid.” “And if any action shall be commenced in any of said courts contrary to the provisions of this section, or if the sum sued for, which may be truly due and owing, is of less value than that for which the action is hereby allowed to be commenced in said ■court, the same may be abated on plea of the defendant, or, if the matter appear on the writ or declaration, may be dismissed, on motion.”
 

 The
 
 value
 
 of a bond or note within the meaning of that statute, is the principal and interest due on it.
 
 Birch
 
 v.
 
 Howell,
 
 8 Ire., 468. The balance of principal and interest due upon the note sued on in this case was less than one hundred dollars, and therefore the suit cannot be maintained. It would be otherwise, if the amounts were reduced by sets off offered by the defendant. But here it appeared by the face of the note and the payments endorsed, that the “ balance due was of less value than one hundred dollars.
 

 Per Curiam. There is no error.